# EXHIBIT
# A-2

Cause No. 2025-24223

| | | |
|---|---|---|
| **JOHN DOE,** § | | **IN THE DISTRICT COURT** |
| **Plaintiff,** § | | |
| § | | |
| **v.** § | | **_____ JUDICIAL DISTRICT** |
| § | | |
| § | | |
| **BRENDY TA,** § | | |
| **INSPERITY, INC.,** § | | |
| **HARRIS COUNTY DISTRICT** § | | |
| **ATTORNEY'S OFFICE,** § | | |
| **Defendants.** § | | **HARRIS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, John Doe , by and through Pro Se, files Plaintiff's Original Petition and Jury Demand against BRENDY TA, INSPERITY, INC., HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE, and for causes of action would show unto this Honorable Court as follows:

## I. DISCOVERY CONTROL PLAN

Plaintiff intends that discovery be conducted under Level 2 of Rule 190 of the Texas Rules of Civil Procedure.

## II. PARTIES

1. Plaintiff John Doe is an individual residing in Harris County, Texas. Plaintiff uses a pseudonym to protect against further retaliation, harassment, or exposure. Where applicable, Plaintiff may be referred to as 'he or she.' Plaintiff also works and attends graduate school in Harris County, Texas, further establishing this venue as proper and directly impacted by the events at issue.

2. Defendant Brendy Ta is an individual employed as a Senior Technology Software Asset Management Analyst at Innovative Technology Solutions. She may be served at 19001 Crescent Springs Dr., Center II, Kingwood, TX 77339-3802. Upon information and belief, Defendant Ta resides in Harris County, Texas.

3. Defendant Insperity, Inc. is a Texas corporation with its principal place of business in Houston, Texas. It may be served through its registered agent.

4. Defendant Harris County District Attorney's Office is a governmental agency with legal responsibility under state and federal law. It may be served in accordance with the Texas Tort Claims Act and applicable procedures.

### III. JURISDICTION AND VENUE

The Court has subject-matter jurisdiction over this lawsuit because the amount in controversy exceeds $300,000, exclusive of interest and costs. Venue is proper in Harris County, Texas, because all or a substantial part of the acts and omissions giving rise to these claims occurred in Harris County.

### IV. FACTUAL BACKGROUND

On April 6, 2024, Plaintiff John Doe reported a credible and well-documented case of harassment and threats to law enforcement in Fort Bend County. This proactive report identified Defendant Brendy Ta as the primary source of the threats. Just two days later, in a clear act of retaliation, Ta filed a knowingly false complaint in Harris County, triggering Plaintiff's wrongful arrest and prosecution. The Harris County District Attorney's Office pursued the charge despite exculpatory evidence, including video footage, written communications, and prior police documentation. The office failed to assign a detective or conduct a meaningful investigation.

During this period, Plaintiff was targeted by Defendant Insperity, Inc., who escalated threats through outside legal counsel after Plaintiff submitted proof of misconduct involving their employee, Brendy Ta. Plaintiff lost a significant employment opportunity, suffered reputational harm, and continues to endure emotional and professional distress.

After nearly a year of public scrutiny, emotional distress, and reputational harm, the criminal case against Plaintiff was dismissed on March 10, 2025. The prosecution failed to assign a detective or investigate the underlying facts. This procedural neglect, paired with targeted retaliation and lack of due process, underscores the malicious intent and institutional failure that this lawsuit seeks to address.

Plaintiff was subjected to a psychiatric evaluation, which documented significant emotional distress, reputational harm, and career disruption.

Plaintiff is also a graduate student at a federally funded institution in Harris County, Texas, and has been an official federal student loan recipient since April 24, 2024. Following his protected activity, including the submission of evidence and a police report, Plaintiff was subjected to further retaliation that materially interfered with his educational access, standing, and safety. A formal Title IX complaint has been filed with the Title IX coordinator and investigator.

## V. CAUSES OF ACTION

A. Malicious Prosecution: Defendants knowingly caused or permitted the initiation of a false criminal charge without probable cause.

B. Retaliation and Whistleblower Violation: Defendants retaliated against Plaintiff after he reported misconduct, violating statutory protections.

C. Defamation and Reputational Harm: Defendants made and perpetuated knowingly false claims that harmed Plaintiff's professional reputation.

D. Tortious Interference with Prospective Business Relationships: Defendants' actions disrupted Plaintiff's ability to pursue employment, networking, and academic success.

E. Intentional Infliction of Emotional Distress: Defendants engaged in extreme and outrageous conduct causing Plaintiff severe mental anguish.

F. **Civil Rights Violations – 42 U.S.C. § 1983:** Defendants acted under color of law to deprive Plaintiff of liberty and due process without adequate investigation or legal basis.

G. **Violation of Title IX (20 U.S.C. § 1681):** Plaintiff was a graduate student at a federally funded institution when retaliatory acts occurred following his protected activity. These acts disrupted Plaintiff's educational access, employment prospects, and safety. The conduct described above constitutes a violation of Plaintiff's rights under Title IX.

## VI. DAMAGES

Plaintiff seeks monetary relief over $300,000 but not more than $1,000,000. Plaintiff requests compensation for economic damages, lost income, legal expenses, emotional suffering, reputational harm, and punitive damages to deter future misconduct as follows:

1. Economic Damages: Lost income, employment offers, and education-related financial setbacks

2. Emotional Damages: Psychological trauma, anxiety, and psychiatric treatment costs

3. Reputational Harm: Damages to Plaintiff's credibility and ability to secure career placements

4. Punitive Damages: For malicious and intentional conduct

5. Legal & Out-of-Pocket Costs: Including expungement, psychiatric review, and attorney fees

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff John Doe respectfully requests that Defendants be cited to appear and answer herein, and that upon final hearing or trial, Plaintiff recover judgment against Defendants for all legal and equitable relief to which Plaintiff may show entitlement, including but not limited to:

- Actual and compensatory damages
- Punitive damages
- Court costs and attorneys' fees
- Pre-judgment and post-judgment interest
- Any other relief in law or equity deemed appropriate by this Court.

## VIII. JURY DEMAND

Plaintiff demands a trial by jury and tenders the applicable fee with this filing.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Petition will be served upon each Defendant in accordance with the Texas Rules of Civil Procedure upon issuance of citation.

Respectfully Submitted,

By: John Doe
ADAM BERNARD ATTORNEYS
5444 Westheimer Rd., Suite 1000-91
Houston, Texas 77056
Joseph G. Soliz, Managing Attorney
Phone (346) 355-6111
Fax: (832) 553-1909
Email: jsoliz@adambernards.com