United States District Court
Southern District of Texas
**ENTERED**
October 14, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| John Doe, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-4260 |
| | § | |
| Brendy Ta et al, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Pending before the Court is Plaintiff's Attorney's Motion for Admission Pro Hac Vice (Document No. 8). Having considered the motion, submissions, and applicable law, the Court determines the stipulation should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiff's Attorney's Motion for Admission Pro Hac Vice (Document No. 8) is **DENIED.**

SIGNED at Houston, Texas, on this __14__ day of October, 2025.



DAVID HITTNER
United States District Judge