United States District Court
Southern District of Texas
**ENTERED**
October 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO.: **4:25-cv-04260** |
| | § | |
| BRENDY TA; INSPERITY PEO | § | |
| SERVICES, L.P.; & HARRIS COUNTY | § | |
| DISTRICT ATTORNEY'S OFFICE, | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's *Motion for Leave to Appear as Lead Counsel.*

The Motion is **GRANTED.** Attorney Tommy Swate is hereby granted leave to appear as lead counsel of record for Plaintiff John Doe in the above-captioned case.

It is so **ORDERED.**

SIGNED this __23__ day of __Oct__, 2025.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE