United States District Court
Southern District of Texas

**ENTERED**

October 30, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| John Doe, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-4260 |
| | § | |
| Brendy Ta et al, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## ORDER

Pursuant to the Notice of Voluntary Dismissal of Defendant Harris County District Attorney's Office filed on October 27, 2025, the above referenced case is hereby dismissed without prejudice as to Defendant Harris County District Attorney's Office only pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this **28** day of October, 2025.


DAVID HITTNER
United States District Judge